**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>    Leon Reed<br><br><br>Debtor(s) | Case No.: 06 B 07737<br><br>Chapter: 13<br><br>Judge John H. Squires |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604
Leon Reed, Debtor(s), 10141 S. Calhoun, Chicago, IL 60617
George Michael Vogl, IV, Attorney for Debtor(s), 200 S. Michigan Avenue Suite 209, Chicago, IL 60604

    You are hereby notified that WASHINGTON MUTUAL BANK has made post-petition advances of $200.00 for an objection, in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

    You are hereby notified that debtor(s) is(are) due to WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA for the contractual mortgage payment due 09/01/09.

    Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 10/09/09, WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

    The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on September 9, 2009.

                                    /s/ Gloria Tsotsos
                                    Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-06-4410)**
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.